```
1  McGREGOR W. SCOTT
   United States Attorney
2  R. STEVEN LAPHAM
   Assistant U.S. Attorney
3  PETER WILLIAMS
   Special Assistant U.S. Attorney
4  501 I Street, Suite 10-100
   Sacramento, California 95814
5  Telephone: (916) 554-2724
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | NO. CR.S-08-577 FCD |
| Plaintiff, ) | |
| ) | |
| v. ) | STIPULATION AND ORDER |
| ) | CONTINUING STATUS |
| SALAM S. KALASHO, ) | CONFERENCE |
| ANIL MALHI, and ) | |
| PISCES INTERNATIONAL, INC., ) | |
| ) | Date: 02/01/09 |
| Defendants. ) | Time: 10:00 a.m. |
| _____) | Court: Courtroom 2 |

IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Assistant United States Attorney R. Steven Lapham,, together with counsel for defendant SALAM KALASHO, Gregory A. Vega, and counsel for defendant ANIL MALHI, Assistant Federal Defender Mary French, that the status conference presently set for February 2, 2009 be **continued to March 2, 2009, at 10:00 a.m.**, thus **vacating** the presently set status conference.

The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendants may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(8)(B)(iv).

1

1  Specifically, the requested continuance is based upon the need for
2  defense counsel to review approximately 6,000 pages of discovery that
3  the government intends to produce next week, with additional
4  discovery anticipated.  The parties stipulate and agree that the
5  interests of justice served by granting this continuance outweigh the
6  best interests of the public and the defendant in a speedy trial. 18
7  U.S.C. § 3161(h)(8)(A).

IT IS SO STIPULATED.

Dated: January 30, 2009            /s/ Gregory A. Vega
                                   GREGORY A. VEGA
                                   Attorney for Defendant
                                    Salam S. Kalasho

Dated: January 30, 2009            /s/ Mary M. French
                                   MARY M. FRENCH
                                   Sup. Assist. Federal Defender
                                   Attorney for Defendant
                                    Anil Malhi

Dated: January 30, 2009            McGREGOR W. SCOTT
                                   United States Attorney

                                   by:  /s/ R. Steven Lapham
                                   R. STEVEN LAPHAM
                                   Assistant U.S. Attorney

**IT IS SO ORDERED.**

Dated: January 30, 2009            _____
                                   FRANK C. DAMRELL, JR.
                                   UNITED STATES DISTRICT JUDGE