GREGORY A. VEGA, ESQ. (SBN 141477)
SELTZER CAPLAN MCMAHON VITEK
A Law Corporation
750 B Street, Suite 2100
San Diego, California 92101-8177
Telephone:   (619) 685-3040
Facsimile:    (619) 702-6814
Email:         vega@scmv.com

*Attorneys for Defendant Salam Kalasho*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR. S-08-577 FCD |
| Plaintiff, | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE** |
| v. | |
| SALAM S. KALASHO, ANIL MALHI, and PISCES INTERNATIONAL, INC., | DATE: March 2, 2009<br>TIME: 10:00 a.m.<br>COURT: Courtroom 2 |
| Defendants. | |

IT IS HEREBY stipulated between the United States of America, through its undersigned counsel, Assistant United States Attorney R. Steven Lapham, together with counsel for Defendant Salam S. Kalasho, Gregory A. Vega, and counsel for Defendant Anil Malhi, Donald M. Re, that the status conference presently set for March 2, 2009, be **continued to April 13, 2009 at 10:00 a.m.**, thus **vacating** the presently set status conference.

The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the Defendants may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161 (h) (8) (B) (iv).

Specifically, the requested continuance is based upon the recent substitution of counsel for Defendant Malhi and the need for defense counsel to review approximately 6,000 pages of discovery

Case No. CR. S-08-577 FCD

1

**Stipulation and Order**
**Continuing Status Conference**

that the government has provided to defense counsel, with additional discovery anticipated. The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the Defendants in a speedy trial. 18 U.S.C. § 3161 (h) (8) (A).

**IT IS SO STIPULATED.**

Dated: February 25, 2009  /s/ Gregory A. Vega
Gregory A. Vega
Attorney for Defendant Salam Kalasho

Dated: February 25, 2009  /s/ Donald M. Re
Donald M. Re
Attorney for Defendant Anil Malhi

Dated: February 25, 2009  /s/ R. Steven Lapham
R. Steven Lapham
Assistant U.S. Attorney

**ORDER**

IT IS SO ORDERED.

Dated: February 25, 2009

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

Case No. CR. S-08-577 FCD

2

**Stipulation and Order**
**Continuing Status Conference**