GREGORY A. VEGA, ESQ. (SBN 141477)
SELTZER CAPLAN MCMAHON VITEK
A Law Corporation
750 B Street, Suite 2100
San Diego, California 92101-8177
Telephone:    (619) 685-3040
Facsimile:    (619) 702-6814
Email:        vega@scmv.com

*Attorneys for Defendant Salam Kalasho
and Pisces International, Inc.*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>SALAM S. KALASHO,<br>ANIL MALHI, and<br>PISCES INTERNATIONAL, INC.,<br><br>        Defendants. | CASE NO.  CR. S-08-577 FCD<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE**<br><br>DATE:     June 1, 2009<br>TIME:     10:00 a.m.<br>COURT:  Courtroom 2 |

     IT IS HEREBY stipulated between the United States of America, through its undersigned counsel, Assistant United States Attorney R. Steven Lapham, together with counsel for Defendant Salam S. Kalasho and Pisces International, Inc., Gregory A. Vega, and counsel for Defendant Anil Malhi, Donald M. Re, that the status conference presently set for June 1, 2009, be **continued to August 3, 2009 at 10:00 a.m.**, thus **vacating** the presently set status conference.

     The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the Defendants may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161 (h) (8) (B) (iv).

Case No. CR. S-08-577 FCD

Specifically, the requested continuance is based upon the May 4, 2009 request of counsel for Defendant Kalasho for additional discovery that the government has in its possession which has not yet been provided to defense counsel for review and analysis. Counsel for the Government has indicated the additional discovery will be provided in the near future. In addition, counsel for Defendant Kalasho will be unable to travel from San Diego, California to Sacramento, California due to recuperating from a medical procedure. The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the Defendants in a speedy trial. 18 U.S.C. § 3161 (h) (8) (A).

**IT IS SO STIPULATED.**

Dated: May 27, 2009

　　　　　　　　　　　　　*/s/ Gregory A. Vega*
　　　　　　　　　　　　　Gregory A. Vega
　　　　　　　　　　　　　Attorney for Defendant Salam Kalasho
　　　　　　　　　　　　　and Pisces International, Inc.

Dated: May 27, 2009

　　　　　　　　　　　　　*/s/ Donald M. Re*
　　　　　　　　　　　　　Donald M. Re
　　　　　　　　　　　　　Attorney for Defendant Anil Malhi

Dated: May 27, 2009

　　　　　　　　　　　　　*/s/ R. Steven Lapham*
　　　　　　　　　　　　　R. Steven Lapham
　　　　　　　　　　　　　Assistant U.S. Attorney

**ORDER**

IT IS SO ORDERED.

Dated: May 27, 2009

　　　　　　　　　　　　　FRANK C. DAMRELL, JR.
　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Case No. CR. S-08-577 FCD