LAWRENCE G. BROWN
Acting United States Attorney
R. STEVEN LAPHAM
Assistant United States Attorney
PETER WILLIAMS
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2724

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>SALAM S. KALASHO,<br>ANIL MALHI, and<br>PISCES INTERNATIONAL, INC.,<br><br>　　　　　　Defendant. | CR. NO. S-08-577 FCD<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE**<br><br>DATE:　August 3, 2009<br>TIME:　10:00am<br>COURT:　Courtroom 2 |

　　　IT IS HEREBY stipulated between the United States of America, through its undersigned counsel, Assistant U.S. Attorney R. Steven Lapham, and defendants Salam S. Kalasho and Pisces International, Inc., through their undersigned counsel Gregory A. Vega, and defendant Anil Malhi, through his undersigned counsel Donald M. Re, that the status conference presently set for August 3, 2009, be continued to September 14, 2009 at 10:00 a.m., thus vacating the presently set status conference.

　　　The parties stipulate and agree that the continuance is necessary to permit defense counsel to review additional discovery

1

1 recently provided by the government.  Specifically, in addition to
2 5,852 pages of discovery previously produced, the government has
3 recently provided defense counsel an additional 138 pages and a tape
4 recording.
5    The parties further stipulate and agree that the requested
6 continuance is necessary to permit defense counsel reasonable time
7 necessary for effective preparation, taking into account the exercise
8 of due diligence within the meaning of 18 U.S.C. § 3161(h)(7)(B)(iv)
9 and that the ends of justice served by granting this continuance
10 therefore outweigh the best interests of the public and the
11 defendants in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

13 Dated: July 31, 2009            /s/ R. Steven Lapham
                                  R. STEVEN LAPHAM
14                                Assistant U.S. Attorney

16 Dated: July 31, 2009            /s/ Gregory A. Vega
                                  GREGORY A. VEGA
17                                Attorney for Defendants Salam S.
                                  Kalasho and Pisces International

19 Dated: July 31, 2009            /s/ Donald M. Re
20                                DONALD M. RE
                                  Attorney for Defendant Anil Malhi

**ORDER**

IT IS SO ORDERED.

25 Dated: July 31, 2009

                                  _____
                                  FRANK C. DAMRELL, JR.
                                  UNITED STATES DISTRICT JUDGE

2