1  BENJAMIN B. WAGNER
   Acting United States Attorney
2  R. STEVEN LAPHAM
   Assistant United States Attorney
3  PETER WILLIAMS
   Special Assistant U.S. Attorney
4  501 I Street, Suite 10-100
   Sacramento, California 95814
5  Telephone: (916) 554-2724

6

7

8

9                IN THE UNITED STATES DISTRICT COURT

10              FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,          NO. CR.S-08-577 FCD

13              Plaintiff,

14     v.                             **STIPULATION AND ORDER CONTINUING**
                                      **STATUS CONFERENCE**
15  SALAM S. KALASHO,                 DATE:   January 11, 2010
    ANIL MALHI, and                   TIME:   10:00am
16  PISCES INTERNATIONAL, INC.,       COURT:  Courtroom 2

17              Defendants.

18

19      IT IS HEREBY stipulated between the United States of America,

20  through its undersigned counsel, Assistant U.S. Attorney R. Steven

21  Lapham, and defendants Salam S. Kalasho and Pisces International,

22  Inc., through their undersigned counsel Gregory A. Vega, and

23  defendant Anil Malhi, through his undersigned counsel Donald M. Re,

24  that the status conference presently set for January 11, 2010, be

25  continued to March 1, 2010 at 10:00 a.m., thus vacating the presently

26  set status conference.

27      The parties stipulate and agree that the continuance is

28  necessary to permit defense counsel to review additional discovery to

                                    1

1   be provided by the government and to engage in plea negotiations.

2       The parties further stipulate and agree that the requested

3   continuance is necessary to permit defense counsel reasonable time

4   necessary for effective preparation, taking into account the exercise

5   of due diligence within the meaning of 18 U.S.C. § 3161(h)(7)(B)(iv),

6   that the ends of justice served by granting this continuance outweigh

7   the best interests of the public and the defendants in a speedy trial

8   within the meaning of 18 U.S.C. § 3161(h)(7)(A), and that time should

9   be excluded under the Speedy Trial Act from January 11, 2010 to and

10  including March 1, 2010.

11

12  Dated: January 8, 2010          /s/ R. Steven Lapham
                                    R. STEVEN LAPHAM
13                                  Assistant U.S. Attorney

14

15  Dated: January 8, 2010          /s/ Gregory A. Vega
                                    GREGORY A. VEGA
16                                  Attorney for Defendants Salam S.
                                    Kalasho and Pisces International
17

18

19  Dated: January 8, 2010          /s/ Donald M. Re
                                    DONALD M. RE
20                                  Attorney for Defendant Anil Malhi

21

                                **ORDER**
22

    IT IS SO ORDERED.
23

24  Dated: January 8, 2010

25

26
                                    _____
27                                  FRANK C. DAMRELL, JR.
                                    UNITED STATES DISTRICT JUDGE

28

                                2