1   BENJAMIN B. WAGNER
    Acting United States Attorney
2   R. STEVEN LAPHAM
    Assistant United States Attorney
3   PETER WILLIAMS
    Special Assistant U.S. Attorney
4   501 I Street, Suite 10-100
    Sacramento, California 95814
5   Telephone: (916) 554-2724

6

7

8

9                  IN THE UNITED STATES DISTRICT COURT

10               FOR THE EASTERN DISTRICT OF CALIFORNIA

11   UNITED STATES OF AMERICA,

12                                      NO. CR.S-08-577 FCD

13                  Plaintiff,

                                        **STIPULATION AND ORDER CONTINUING
14      v.                              STATUS CONFERENCE**

15   SALAM S. KALASHO,                  DATE:   March 2, 2010
     ANIL MALHI, and                    TIME:   10:00am
16   PISCES INTERNATIONAL, INC.,        COURT:  Courtroom 2

17                  Defendants.

18

19      IT IS HEREBY stipulated between the United States of America,

20   through its undersigned counsel, Assistant U.S. Attorney R. Steven

21   Lapham, and defendants Salam S. Kalasho and Pisces International,

22   Inc., through their undersigned counsel Gregory A. Vega, and

23   defendant Anil Malhi, through his undersigned counsel Donald M. Re,

24   that the status conference presently set for March 1, 2010, be

25   continued to March 29, 2010 at 10:00 a.m., thus vacating the

26   presently set status conference.

27      The parties stipulate and agree that the continuance is

28   necessary to permit defense counsel to review additional discovery to

                                   1

1  be provided by the government and to engage in plea negotiations.

2      The parties further stipulate and agree that the requested

3  continuance is necessary to permit defense counsel reasonable time

4  necessary for effective preparation, taking into account the exercise

5  of due diligence within the meaning of 18 U.S.C. § 3161(h)(7)(B)(iv),

6  that the ends of justice served by granting this continuance outweigh

7  the best interests of the public and the defendants in a speedy trial

8  within the meaning of 18 U.S.C. § 3161(h)(7)(A), and that time should

9  be excluded under the Speedy Trial Act from March 1, 2010 to and

10  including March 29, 2010.

11

12  Dated: February 25, 2010        /s/ R. Steven Lapham
                                    R. STEVEN LAPHAM
13                                  Assistant U.S. Attorney

14

15  Dated: February 25, 2010        /s/ Gregory A. Vega
                                    GREGORY A. VEGA
16                                  Attorney for Defendants Salam S.
                                    Kalasho and Pisces International
17

18

19  Dated: February 25, 2010        /s/ Donald M. Re
                                    DONALD M. RE
20                                  Attorney for Defendant Anil Malhi

21

                          **ORDER**
22

23  IT IS SO ORDERED.

24  Dated: February 25, 2010

25

26                                  _____
27                                  FRANK C. DAMRELL, JR,
                                    UNITED STATES DISTRICT JUDGE
28