GREGORY A. VEGA, ESQ. (SBN 141477)
SELTZER CAPLAN MCMAHON VITEK
A Law Corporation
750 B Street, Suite 2100
San Diego, California 92101-8177
Telephone:     (619) 685-3040
Facsimile:      (619) 702-6814
Email:            vega@scmv.com

*Attorneys for Defendant Salam Kalasho
and Pisces International, Inc.*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR. S-08-577 FCD |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE** |
| ) | |
| v. ) | |
| ) | DATE:       March 29, 2010 |
| SALAM S. KALASHO, ) | TIME:       10:00 a.m. |
| ANIL MALHI, and ) | COURT:    Courtroom 2 |
| PISCES INTERNATIONAL, INC., ) | |
| ) | |
| Defendants. ) | |

IT IS HEREBY stipulated between the United States of America, through its undersigned counsel, Assistant United States Attorney R. Steven Lapham, together with counsel for Defendant Salam S. Kalasho and Pisces International, Inc., Gregory A. Vega, and counsel for Defendant Anil Malhi, Donald M. Re, that the status conference presently set for March 29, 2010, be **continued to May 3, 2010 at 10:00 a.m.**, thus **vacating** the presently set status conference.

The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the Defendants may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161 (h) (8) (B) (iv).

Case No. CR. S-08-577 FCD

1
**Stipulation and [Proposed] Order
Continuing Status Conference**

Specifically, the requested continuance is based upon the need of counsel for Defendant Kalasho and Defendant Malhi for additional time to engage in settlement discussions. The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the Defendants in a speedy trial. 18 U.S.C. § 3161 (h) (8) (A).

**IT IS SO STIPULATED.**

Dated: March 25, 2010         /s/ Gregory A. Vega
                              Gregory A. Vega
                              Attorney for Defendant Salam Kalasho
                              and Pisces International, Inc.

Dated: March 25, 2010         /s/ Donald M. Re
                              Donald M. Re
                              Attorney for Defendant Anil Malhi

Dated: March 25, 2010         /s/ R. Steven Lapham
                              R. Steven Lapham
                              Assistant U.S. Attorney

**ORDER**

IT IS SO ORDERED.

Dated: March 25, 2010         _____
                              FRANK C. DAMRELL, JR.
                              UNITED STATES DISTRICT JUDGE