DONALD M. RÉ, SBN 49079
A Professional Law Corporation
One Wilshire Building
624 S. Grand Avenue, 22nd Floor
Los Angeles, California 90017
Telephone: (213) 623-4234
Email: donaldmreplc@yahoo.com

Attorney for Defendant
ANIL MALHI

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 2:08-cr-00577-FCD |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION AND ORDER CONTINUING STATUS |
| v. | ) ) | CONFERENCE |
| ANIL MALHI, et al., | ) ) | Proposed Date: July 26, 2010 Time: 10:00 a.m. |
| Defendants. | ) ) | Court: Courtroom 2 |

IT IS HEREBY stipulated between the United States of America, through its undersigned counsel, Assistant United States Attorney R. Steven Lapham, together with counsel for defendant Salam S. Kalasho and Pisces International, Inc., Gregory A. Vega, and counsel for defendant Anil Malhi, Donald M. Ré, that the status conference presently set for May 3, 2010, be continued to **July 26, 2010 at 10:00 a.m.**, thus **vacating** the presently set status conference.

The parties stipulate that the ends of justice are served by the court excluding such time, so that counsel for defendants may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. §3161 (h)(8)(B)(iv).

Specifically, the requested continuance is based upon the need of counsel for defendant Kalasho and defendant Malhi for additional time to engage in settlement discussions.  The parties stipulate and agree that

the interests of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial.  18 U.S.C. §3161 (H)(8)(a).

**IT IS SO STIPULATED.**

Dated: April 29 , 2010             */s/ Donald M. Ré*
                                   Donald M. Ré
                                   Attorney for Defendant Anil Malhi


Dated: April 29, 2010              */s/ Gregory A. Vega*
                                   Gregory A. Vega
                                   Attorney for Defendant Salam Kalasho
                                   and Pisces International, Inc.


Dated: April 29, 2010              */s/ R. Steven Lapham*
                                   R. Steven Lapham
                                   Assistant U.S. Attorney


**ORDER**

IT IS SO ORDERED.

Dated: April 29, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE