GREGORY A. VEGA, ESQ. (SBN 141477)
SELTZER CAPLAN MCMAHON VITEK
A Law Corporation
750 B Street, Suite 2100
San Diego, California 92101-8177
Telephone:     (619) 685-3040
Facsimile:     (619) 702-6814
Email:         vega@scmv.com

*Attorneys for Defendant Salam Kalasho
and Pisces International, Inc.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CASE NO.  CR. S-08-577 FCD |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER** |
| v. ) | **CONTINUING STATUS CONFERENCE** |
| ) | |
| SALAM S. KALASHO, ) | DATE:        July 26, 2010 |
| ANIL MALHI, and ) | TIME:        10:00 a.m. |
| PISCES INTERNATIONAL, INC., ) | COURT:       Courtroom 2 |
| ) | |
| Defendants. ) | |
| ) | |

   IT IS HEREBY stipulated between the United States of America, through its undersigned counsel, Assistant U.S. Attorney R. Steven Lapham, and defendants Salam S. Kalasho and Pisces International, Inc., through their undersigned counsel Gregory A. Vega, and defendant Anil Malhi, through his undersigned counsel Donald M. Re, that the status conference presently set for July 26, 2010, be continued to September 7, 2010 at 10:00 a.m., thus vacating the presently set status conference.

   The parties stipulate and agree that the continuance is necessary to permit defense counsel to continue ongoing plea negotiations with the government with the expectation that the case will resolved or that the matter can be set for trial.

   The parties further stipulate and agree that the requested continuance is necessary to permit defense counsel reasonable time necessary for effective preparation, taking into

account the exercise of due diligence within the meaning of 18 U.S.C. § 3161(h)(7)(B)(iv), that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial within the meaning of 18 U.S.C. § 3161(h)(7)(A), and that time should be excluded under the Speedy Trial Act from July 26 to and including September 7, 2010.

Dated: July 23, 2010         /s/ R. Steven Lapham
                             R. STEVEN LAPHAM
                             Assistant U.S. Attorney


Dated: July 23, 2010         /s/ *Gregory A. Vega*
                             GREGORY A. VEGA
                             Attorney for Defendants Salam S.
                             Kalasho and Pisces International


Dated: July 23, 2010         /s/ *Donald M. Re*
                             DONALD M. RE
                             Attorney for Defendant Anil Malhi


**ORDER**

IT IS SO ORDERED.

Dated:  July 23, 2010

                             FRANK C. DAMRELL, JR.
                             UNITED STATES DISTRICT JUDGE

CASE NO.  CR. S-08-577 FCD

2
**STIPULATION AND ORDER**
**CONTINUING STATUS CONFERENCE**