GREGORY A. VEGA, ESQ. (SBN 141477)
SELTZER CAPLAN MCMAHON VITEK
A Law Corporation
750 B Street, Suite 2100
San Diego, California 92101-8177
Telephone:   (619) 685-3040
Facsimile:    (619) 702-6814
Email:         vega@scmv.com

*Attorneys for Defendant Salam Kalasho
and Pisces International, Inc.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>SALAM S. KALASHO,<br>ANIL MALHI, and<br>PISCES INTERNATIONAL, INC.,<br><br>  Defendants. | CASE NO. CR. S-08-577 FCD<br><br>**STIPULATION AND ORDER<br>CONTINUING STATUS CONFERENCE**<br><br>DATE:   September 7, 2010<br>TIME:    10:00 a.m.<br>COURT:  Courtroom 2 |

IT IS HEREBY stipulated between the United States of America, through its undersigned counsel, Assistant U.S. Attorney R. Steven Lapham and Special Assistant U.S. Attorney Peter Williams, and defendants Salam S. Kalasho and Pisces International, Inc., through their undersigned counsel Gregory A. Vega, and defendant Anil Malhi, through his undersigned counsel Donald M. Re, that the status conference presently set for September 7, 2010, be continued to November 1, 2010 at 10:00 a.m., thus vacating the presently set status conference.

The parties stipulate and agree that the continuance is necessary to permit defense counsel to continue ongoing plea negotiations with the government with the expectation that the case will resolved or that the matter can be set for trial.

The parties further stipulate and agree that the requested continuance is necessary to permit defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence within the meaning of 18 U.S.C. § 3161(h)(7)(B)(iv), that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial within the meaning of 18 U.S.C. § 3161(h)(7)(A), and that time should be excluded under the Speedy Trial Act from September 7 to and including November 1, 2010.

Dated: September 2, 2010  /s/ R. Steven Lapham
R. STEVEN LAPHAM
Assistant U.S. Attorney

Dated: September 2, 2010  /s/ Peter Williams
PETER WILLIAMS
Special Assistant U.S. Attorney

Dated: September 2, 2010  /s/ Gregory A. Vega
GREGORY A. VEGA
Attorney for Defendants Salam S. Kalasho and Pisces International

Dated: September 2, 2010  /s/ Donald M. Re
DONALD M. RE
Attorney for Defendant Anil Malhi

**ORDER**

IT IS SO ORDERED.

Dated: September 3, 2010

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

CASE NO.  CR. S-08-577 FCD
2
**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE**