DONALD M. RÉ, SBN 49079
A Professional Law Corporation
One Wilshire Building
624 S. Grand Avenue, 22nd Floor
Los Angeles, California 90017
Telephone: (213) 623-4234
Email: donaldmreplc@yahoo.com

Attorney for Defendant
ANIL MALHI

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 2:08-cr-00577-FCD |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | CONTINUING STATUS |
| v. ) | CONFERENCE |
| ) | |
| ANIL MALHI, et al., ) | Proposed Date: January 18, 2011 |
| ) | Time: 10:00 a.m. |
| Defendant. ) | Court: Courtroom 2 |

IT IS HEREBY stipulated between the United States of America, through its undersigned counsel, Assistant United States Attorney R. Steven Lapham and Special Assistant U.S. Attorney Peter Williams, and defendants Salam S. Kalasho and Pisces International, Inc., through their undersigned counsel Gregory A. Vega, and defendant Anil Malhi, through his undersigned counsel Donald M. Ré, that the status conference presently set for November 1, 2010, be continued to **January 18, 2011 at 10:00 a.m.**, thus **vacating** the presently set status conference.

The parties stipulate that the ends of justice are served by the court excluding such time, so that counsel for defendants may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. §3161 (h)(8)(B)(iv).

Specifically, the requested continuance is based upon the need of counsel for defendant Kalasho and

defendant Malhi for additional time to engage in settlement discussions. The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. §3161 (H)(8)(a).

**IT IS SO STIPULATED.**

Dated: October 25, 2010        */s/ Donald M. Ré*
                               Donald M. Ré
                               Attorney for Defendant Anil Malhi

Dated: October 25, 2010        */s/ Gregory A. Vega*
                               Gregory A. Vega
                               Attorney for Defendant Salam Kalasho
                               and Pisces International, Inc.

Dated: October 26, 2010        */s/ R. Steven Lapham*
                               R. Steven Lapham
                               Assistant U.S. Attorney

**ORDER**

IT IS SO ORDERED.

Dated: October 28, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE