DONALD M. RÉ, SBN 49079
A Professional Law Corporation
One Wilshire Building
624 S. Grand Avenue, 22nd Floor
Los Angeles, California 90017
Telephone: (213) 623-4234
Email: donaldmreplc@yahoo.com

Attorney for Defendant
ANIL MALHI

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | USDC CASE NO. 2:08-cr-00577-FCD |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | CONTINUING STATUS |
| v. | ) | CONFERENCE |
| | ) | |
| ANIL MALHI, et al., | ) | Proposed Date: February 22, 2011 |
| | ) | Time: 10:00 a.m. |
| Defendant. | ) | Court: Courtroom 2 |
| | ) | |

IT IS HEREBY stipulated between the United States of America, through its undersigned counsel, Assistant United States Attorney R. Steven Lapham and Special Assistant U.S. Attorney Peter Williams, and defendants Salam S. Kalasho and Pisces International, Inc., through their undersigned counsel Gregory A. Vega, and defendant Anil Malhi, through his undersigned counsel Donald M. Ré, that the status conference presently set for January 18, 2011, be continued to **February 22, 2011 at 10:00 a.m.**, thus **vacating** the presently set status conference.

The parties stipulate that the ends of justice are served by the court excluding such time, so that counsel for defendants may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. §3161 (h)(8)(B)(iv).

Specifically, the requested continuance is based upon the need of counsel for defendant Kalasho and

C:\wp\Malhi\Order to Continue Status Conference4                    1

defendant Malhi for additional time to engage in settlement discussions.  The parties stipulate and agree that

the interests of justice served by granting this continuance outweigh the best interests of the public and the

defendants in a speedy trial.  18 U.S.C. §3161 (H)(8)(a).

**IT IS SO STIPULATED.**

Dated: January 13, 2011                 */s/ Donald M. Ré*
                                         Donald M. Ré
                                         Attorney for Defendant Anil Malhi


Dated: January 13, 2011                 */s/ Gregory A. Vega*
                                         Gregory A. Vega
                                         Attorney for Defendant Salam Kalasho
                                         and Pisces International, Inc.


Dated: January 13, 2011                 */s/ R. Steven Lapham*
                                         R. Steven Lapham
                                         Assistant U.S. Attorney


Dated: January 13, 2011                 */s/ Peter Williams*
                                         Peter Williams
                                         Special Assistant U.S. Attorney


**ORDER**

IT IS SO ORDERED.


Dated: January 13, 2011

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

C:\wp\Malhi\Order to Continue Status Conference4                2