DONALD M. RÉ, SBN 49079
A Professional Law Corporation
One Wilshire Building
624 S. Grand Avenue, 22nd Floor
Los Angeles, California 90017
Telephone: (213) 623-4234
Email: donaldmreplc@yahoo.com

Attorney for Defendant
ANIL MALHI

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )  | CASE NO. 2:08-cr-00577-KJM |
|                                     )  | |
|            Plaintiff,               )  | STIPULATION AND ORDER |
|                                     )  | CONTINUING STATUS |
|        v.                           )  | CONFERENCE |
|                                     )  | |
| ANIL MALHI, et al.,                 )  | Proposed Date:  March 24, 2011 |
|                                     )  | Time:           10:00 a.m. |
|            Defendant.               )  | Court:          Courtroom 3 |
|  _____)  | |

IT IS HEREBY stipulated between the United States of America, through its undersigned counsel, Assistant United States Attorney R. Steven Lapham and Special Assistant U.S. Attorney Peter Williams, and defendants Salam S. Kalasho and Pisces International, Inc., through their undersigned counsel Gregory A. Vega, and defendant Anil Malhi, through his undersigned counsel Donald M. Ré, that the status conference presently set for February 17, 2011, at 10:00 a.m., may be continued to **March 24, 2011 at 10:00 a.m.**, thus **vacating** the presently set status conference.

All parties believe that plea agreements will be finalized within this time, and that the appearance on March 24, 2011 will be for the purpose of entry of plea, pursuant to those agreements.

The parties stipulate that the ends of justice are served by the court excluding such time, so that counsel for defendants may have reasonable time necessary for effective preparation, taking into account

1

the exercise of due diligence.  18 U.S.C. §3161 (h)(8)(B)(iv).

The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial.  18 U.S.C. §3161 (H)(8)(a).

**IT IS SO STIPULATED.**

Dated: February 15, 2011     */s/ Donald M. Ré*
                              Donald M. Ré
                              Attorney for Defendant Anil Malhi

Dated: February 15, 2011     */s/ Gregory A. Vega*
                              Gregory A. Vega
                              Attorney for Defendant Salam Kalasho
                              and Pisces International, Inc.

Dated: February 15, 2011     */s/ R. Steven Lapham*
                              R. Steven Lapham
                              Assistant U.S. Attorney

Dated: February 15, 2011     */s/ Peter Williams*
                              Peter Williams
                              Special Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.**

DATED:  February 15, 2011.

                              UNITED STATES DISTRICT JUDGE

2