DONALD M. RÉ, SBN 49079
A Professional Law Corporation
One Wilshire Building
624 S. Grand Avenue, 22nd Floor
Los Angeles, California 90017
Telephone: (213) 623-4234
Email: donaldmreplc@yahoo.com

Attorney for Defendant
ANIL MALHI

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | USDC CASE NO. 2:08-cr-00577-KJM |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | CONTINUING FURTHER |
| v. ) | STATUS CONFERENCE AND PLEA |
| ) | |
| ANIL MALHI, et. al., ) | Proposed Date: May 12, 2011 |
| ) | Time:           10:00 a.m. |
| Defendant. ) | Court:          Courtroom 3 |
| _____ ) | |

   IT IS HEREBY stipulated between the United States of America, through its undersigned counsel, Assistant United States Attorney R. Steven Lapham and defendants Salam S. Kalasho and Pisces International, Inc., through their undersigned counsel Gregory A. Vega, and defendant Anil Malhi, through his undersigned counsel Donald M. Ré, that the further status conference currently set for May 12, 2011, at 10:00 a.m., may be continued to **July 7, 2011 at 10:00 a.m.**, for further status conference and plea, thus **vacating** the presently set further status conference.

   Counsel for Anil Malhi is beginning a multi-defendant, multi-week trial on June 7, 2011 in the United States District Court for the Central District of California in United States v. Underwood; Case No. CR 10-863-SVW; counsel for defendant Salam Kalasho will be outside the State of California for most of

1

the week of May 16, 2011.

Plea agreements for both defendant have been filed with the court.

The parties stipulate that the ends of justice are served by the court excluding such time, so that counsel for defendants may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. §3161 (h)(8)(B)(iv).

The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. §3161 (H)(8)(a).

**IT IS SO STIPULATED.**

Dated: April 29, 2011            /s/ Donald M. Ré
                                 Donald M. Ré
                                 Attorney for Defendant Anil Malhi

Dated: April 29, 2011            /s/ Gregory A. Vega
                                 Gregory A. Vega
                                 Attorney for Defendant Salam Kalasho
                                 and Pisces International, Inc.

Dated: April 29, 2011            /s/ R. Steven Lapham
                                 R. Steven Lapham
                                 Assistant U.S. Attorney

**ORDER**

IT IS SO ORDERED.

Dated: May 2, 2011.

UNITED STATES DISTRICT JUDGE

2